IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOEL CHARLES DEFREYTAS, III** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | NO. 22-5263 |
| v. | : | |
| | : | |
| **PRIME CARE MEDICAL, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 12th day of July, 2023, upon consideration of the Motion to Dismiss of Defendants the County of Chester, the Chester County Prison, Warden Roberts, Tim Mulrooney, Elmer Shelton, Corrections Officer Pate, and Correction Officer Edmunds (collectively, the "Chester County Defendants") (Doc. No. 11), the Motion to Dismiss of Defendants Chester County District Attorney's Office and Erik Walschburger (collectively, the "D.A.'s Office Defendants") (Doc. No. 12), the Motion for Joinder of Defendants Chester County Sheriff's Office, the Chester County Drug and Alcohol Department, the Chester County Probation and Parole Department, Rita McGuane (Treatment Court Specialist), Jennifer Wright (Probation and Parole Supervisor) (collectively, the "Sheriff's Office Defendants") (Doc. No. 15), Plaintiff's "Habius Corpus Objection" to Defendants' Motion to Dismiss (Doc. No. 13), the Chester County Defendants' Reply (Doc. No. 14), Plaintiff's Motion to Object to Defendants' Memorandum, Motion to Dismiss, and Motion for Joinder (Doc. No. 16), the Motion for Judgment on the Pleadings by Christopher Diaz and PrimeCare Medical, Inc. (collectively, the "PrimeCare Defendants") (Doc. No. 24), the Motion to Dismiss by Judge Anne Marie Wheatcraft (Doc. No. 25), Plaintiff's Motion to Request Entry of Default (Doc. No. 26), the PrimeCare Defendants Response (Doc. No. 27), and Judge Wheatcraft's Response (Doc. No. 28), it is hereby **ORDERED** that:

1. The Chester County Defendants' Motion to Dismiss (Doc. No. 11) is **GRANTED** and all claims against these Defendants are **DISMISSED WITH PREJUDICE**.

2. The D.A's Office Defendants' Motion to Dismiss (Doc. No. 12) is **GRANTED** and all claims against these Defendants are **DISMISSED WITH PREJUDICE**.

3. The Sheriff's Office Defendants' Motion for Joinder (Doc. No. 15) is **GRANTED** and all claims against these Defendants are **DISMISSED WITH PREJUDICE**.

4. The PrimeCare Defendants' Motion for Judgment on the Pleadings (Doc. No. 24) is **GRANTED** and all claims against these Defendants are **DISMISSED WITH PREJUDICE**.

5. Defendant Judge Anne Marie Wheatcraft's Motion to Dismiss (Doc. No. 25) is **GRANTED** and all claims against her are **DISMISSED WITH PREJUDICE**.

6. Plaintiff's Motion to Object to Defendants' Memorandum, Motion to Dismiss, and Motion for Joinder (Doc. No. 16) is **DENIED**.

7. Plaintiff's Motion to Request the Clerk for Entry of Default (Doc. No. 26) is **DENIED**.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG,        J.**